James L. Buchal, OSB #921618
jbuchal@mbllp.com
MURPHY & BUCHAL LLP
3425 SE Yamhill Street, Suite 100
Portland, OR 97214
Tel:   503-227-1011
Fax:   503-573-1939
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| JAMES W. EDGAR,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES and DEBORAH SCHMIDT,<br><br>    Defendants. | Case No. CV 09-6376-AA<br><br>**STIPULATED JUDGMENT OF DISMISSAL AND [PROPOSED] ORDER** |

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate that this action is dismissed with prejudice and without an award of costs or attorneys fees to any party.

IT IS SO STIPULATED:

DATED: May 15, 2012.

By *s/ James L. Buchal*
James L. Buchal, OSB #921618
MURPHY & BUCHAL LLP
3425 SE Yamhill Street, Suite 100
Portland, OR 97214
Tel:   503-227-1011
Fax:   503-573-1939
*Attorney for Plaintiff*

Page 1:   STIPULATED JUDGMENT OF DISMISSAL AND [PROPOSED] ORDER

DATED: May 15, 2012.

By *s / Kevin Danielson*
Kevin Danielson
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204
Tel:   503-727-1025
Fax:  503-727-1117
*Attorney for Defendants*

IT IS SO ORDERED AND DECREED:

DATED: May 8, 2012.

By _Ann Aiken_
Honorable Ann Aiken
United States District Judge

Page 2:   STIPULATED JUDGMENT OF DISMISSAL AND [PROPOSED] ORDER